# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-3393

_____

CHARLES C. BROWN,

   Petitioner,

v.

STATE OF FLORIDA,

   Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.

May 3, 2019

PER CURIAM.

   The petition for writ of habeas corpus is denied on the merits.

B.L. THOMAS, C.J., and KELSEY and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Charles C. Brown, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.